**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Guadalupe DENIZ–LOPEZ,
Defendant—Appellant.**

No. 00–10292.

D.C. No. CR–99–00420–JBR/LRL.

United States Court of Appeals,
Ninth Circuit.

Submitted April 9, 2001.[1]

Decided April 19, 2001.

Before CANBY, KOZINSKI, and RYMER, Circuit Judges.

MEMORANDUM[2]

Guadalupe Deniz–Lopez appeals the sentence imposed following his guilty plea to being an alien found in the United States after deportation in violation of 8 U.S.C. §§ 1326(a) and 1326(b).

Deniz–Lopez contends that the district court erred by sentencing him, pursuant to 8 U.S.C. § 1326(b), when it enhanced his sentence by 16 levels for his prior aggravated felony. Specifically, he argues that *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), requires that the fact of his prior conviction for an aggravated felony be proved beyond a reasonable doubt. Deniz–Lopez's contention is foreclosed by our recent decision in *United States v. Pacheco–Zepeda*, 234 F.3d 411, 413–14 (9th Cir.2000), *amended* (Feb. 8, 2001). *United States v. Castillo–Rivera*, 244 F.3d 1020 (9th Cir.2001).

The judgment of conviction is AFFIRMED. We REMAND to the district court with directions to correct the judgment of conviction to exclude the reference to 8 U.S.C. § 1326(b). *United States v. Herrera–Blanco*, 232 F.3d 715, 719 (9th Cir.2000) (*sua sponte* remanding to the district court with directions to correct judgment).

AFFIRMED in part, REMANDED in part.

**1.** The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**2.** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.